**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| OLUWASEUN SHOMEFUN,<br>**Institutional ID No. A204586113** | § <br> § <br> § | |
| **Plaintiff,** | § <br> § <br> § | |
| **VS.** | § <br> § | **Civil Action No. 4:23-cv-474-O** |
| **TARRNT COUNTY BAIL BOARD,**<br>***et al.,*** | § <br> § <br> § | |
| **Defendants.** | § <br> § <br> § | |

**ORDER**

Before the Court is Plaintiff's application to proceed *in forma pauperis* in this civil-rights action. *See* Appl., ECF No. 2. After review, the Court **GRANTS** Plaintiff's application and **ORDERS** the following:

1.    When adequate funds exist in Plaintiff's inmate trust account, the agency having custody of Plaintiff shall forward an initial partial filing fee payment of **$15.20** to the clerk of Court. *See* 28 U.S.C. § 1915(b)(1).

2.    After paying the initial partial filing fee, Plaintiff shall pay the remaining balance of **$334.80** in monthly installments. The agency having custody of Plaintiff shall deduct 20% of the preceding month's income credited to his account and forward payment to the clerk of Court. Monthly payments shall be made so long as the amount in Plaintiff's account exceeds $10.00. Once the filing fee has been paid in full, such payments shall cease. *Id.* § 1915(b)(2).

3.    Service of process will be withheld pending the Court's initial screening of this case under 28 U.S.C. § 1915(e)(2).

4.    No amendments or supplements to Plaintiff's complaint may be filed without prior Court approval.

5.    All discovery in this case is stayed until the Court orders Defendants to answer Plaintiff's complaint.

6.    Plaintiff may not file any motions for appointment of counsel until the Court has completed its preliminary screening of this case. The Court's screening process may include a hearing pursuant to *Spears v. McCotter,* 766 F.2d 179 (5th Cir. 1985); the issuance of a questionnaire pursuant to *Watson v. Ault,* 525 F.2d 886 (5th Cir. 1976); or such other proceedings deemed appropriate by the Court.

7.    Plaintiff must notify the Court of any address change by filing a written notice thereof with the clerk of Court. Failure to do so may result in the Court dismissing this case for want of prosecution. *See* FED. R. CIV. P. 41(b).

8.    The clerk of Court will mail a copy of this order to the inmate accounting office or other persons or entity responsible for managing Plaintiff's payments to the Court.

**SO ORDERED** this **19th day** of **May, 2023.**

.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

2