**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **OLUWASEUN SHOMEFUN,**<br>**Institutional ID No. A204586113** | § § § | |
| **Plaintiff,** | § § § | |
| **VS.** | § § | **Civil Action No. 4:23-cv-474-O** |
| **TARRNT COUNTY BAIL BOARD,**<br>***et al.*,** | § § § § | |
| **Defendants.** | § § | |

## ORDER

In this civil-rights action, Plaintiff Oluwaseun Shomefun, a pretrial detainee proceeding pro se and *in forma pauperis*, seeks to recover monetary damages for various alleged constitutional violations that he contends led to his detention. *See* Compl., ECF No. 1.

Plaintiff filed a motion for the Court to appoint him counsel. *See* Mot., ECF No. 3. After reviewing the motion and procedural posture of this case, the Court **DENIES** his motion without prejudice as premature. Plaintiff's complaint is pending judicial screening under 28 U.S.C. § 1915(e)(2). Moreover, a civil-rights complainant has no right to the automatic appointment of counsel. *See Akasike v. Fitzpatrick*, 26 F.3d 510, 512 (5th Cir. 1994).

Plaintiff may reurge his motion after the Court has completed screening his case or should there be a material change in his circumstances. If, at any time, the Court determines that appointment of counsel is warranted, it will enter an appropriate order.

**SO ORDERED** this **19th day** of **May, 2023.**

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**