**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **OLUWASEUN SHOMEFUN,** | § | |
| **Institutional ID No. 0999093** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **Civil Action No. 4:23-cv-474-O** |
| | § | |
| **TARRANT COUNTY BAIL BOARD,** | § | |
| ***et al.,*** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court is Plaintiff's motion for leave to amend his prisoner civil-rights complaint. *See* Mot., ECF No. 10.

After review, the Court **GRANTS** the motion and **DIRECTS** the clerk of Court to docket Plaintiff's amended complaint (ECF No. 10-1) as a new entry on the docket sheet.

The Court will screen Plaintiff's amended complaint under 28 U.S.C. § 1915(e)(2) in due course.

**SO ORDERED** this **18th day** of **September, 2023.**

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**