# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Fort Worth Division

**FILED**

**September 19, 2023**
KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT

_____Shomefun, Oluwaseun_____
Plaintiff

v.    Sheriff Bill Waybourn, Sheriff of Tarrant county;
Tarrant county; Alejandro Mayokas, Secretary,
U.S. Department of Homeland Security(DHS);
United States; AAA Bail bond; and
Defendant Lasalle corrections.

_____4:23-cv-474_____
Civil Action No.

## COMPLAINT

Jurisdiction

1. This action arises as a result of a denial of civil rights under 42 U.S.C. §1983.

2. Jurisdiction is conferred upon this court by 28 U.SC. §1343.

3. The court has personal jurisdiction over defendants because the incidents occurred within the confine of this court.

Venue

4. Venue is proper in the Northern District of Texas Pursuant to 28 U.SC. §1391(b).

Parties

5. Plaintiff Shomefun,Oluwaseun is a citizen of Nigeria. Plaintiff resides at Prairieland Detention Center, Alvarado, TX within the confines of this court. The alleged act or omission occurred in the Northern District of Texas.

Defendants (i) Sheriff Bill Waybourn, Head of Sheriff's in Tarrant county and acted within the scope of county employment; (ii) Tarrant county, an entity under the state of Texas; (iii) Alejandro Mayokas, Secretary, U.S. Department of Homeland Security(DHS) and acted within the scope of federal employment; (iv) United Sates; (v) AAA bail bond, a Limited Liability Company(LLC) in Texas and doing business in Tarrant county; (vi) Lasalle corections, registerred in Lousiana and doing business in Johnson county, Texas.

Complaint cont. on page 12

\* Attach additional pages as needed.

| | |
|---|---|
| Date | 09/14/2023 |
| Signature | |
| Print Name | Shomefun, Oluwaseun |
| Address | 1209 Sunflower LN. |
| City, State, Zip | Alvarado, Texas. 76009 |
| Telephone | |

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name Shamefun, Oluwaseun

All other names by which you have been known:

ID Number 204586113

Current Institution Prairieland Detention Center (PDC)

Address 1209 Sunflower LN

Alvarado                TX            76009
City                State            Zip Code

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name Sheriff Bill Waybourn

Job or Title (if known) Head, Sheriff of Tarrant County

Shield Number

Employer Tarrant County

Address 200 Taylor St., 7th Floor,

Ft. Worth            TX        76196
City                State        Zip Code

☒ Individual capacity        ☒ Official capacity

Defendant No. 2

Name Tarrant County

Job or Title (if known)

Shield Number

Employer

Address 1000 N. Calhoun St.,

Fort Worth            TX        76196
City                State        Zip Code

☐ Individual capacity        ☐ Official capacity

Page 2

Defendant No. 3
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

Alejandro Mayorkas
Secretary, U.S. Dept. of Homeland Security (DHS)
United States
801 Cherry Street, Suite 1700,
Fort Worth    TX    76102-6891
     *City*       *State*       *Zip Code*

☒ Individual capacity    ☒ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

United States

950 Pennsylvania Avenue, NW
Washington    DC    20530-0001
     *City*       *State*       *Zip Code*

☐ Individual capacity    ☐ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
1. Fourth; 2. Fifth; 3. Eight; and 4. Fourteenth Amendment of the constitution; 5. U.S.C. §1981; and 6. §1986

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N|A

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Please refer to additional complaints attached (Page 12 to 22)

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒   Pretrial detainee

☐   Civilly committed detainee

☒   Immigration detainee

☐   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N|A

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.
Tarrant county jail, 100 E. Weatherford St, Forth Worth, Tx. 76102.
Sept. 26th 2022 to Oct. 3rd 2022, Feb. 23rd 2023 to March 5th 2023 and June 27th 2023 to Aug. 20th 2023.

C. What date and approximate time did the events giving rise to your claim(s) occur?

Sept. 26th 2022 to Oct. 3rd 2022, Feb. 23rd 2023 to March 5th 2023 and June 27th 2023 to Aug. 20th 2023

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Please refere to additional complaint attached (Page 12 to 22)

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

N|A

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am asking for money damages of $100,000.00/day for the civil violations in my complaint for thieft, Fraud, Discrimination, abuse of power/authority, psychological/Emotional pain and suffering, Conspiracy, and Negligence. I endured when I was wrongly detained. The 2 days I was wrongfully reavvrested of Feb. 23rd 2023 and June 27th 2023 with the total of 71days in all I was not allowed to post bond for my release amounting to $7,103,875.00.

VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Tarrant County Jail
Prairieland Detention Center (PDC)

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

N/A

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

While at Tarrant county jail using the grievance form and direct letter to the Sheriff. Also at PDC sending a letter via USPS, by phone call and directly to ICE officers, OIDOs, Office of Inspector General (OIG), and DHS Office for Civil Rights & Civil Liberties (DHS CR&CL).

2.   What did you claim in your grievance?

That the process/procedure/decision that led to my re-arrest and no bond detention were violations of my civil rights under the United States constitution.

3.   What was the result, if any?

1. That my complain does not fall under the grievance guideline.
2. That the actions taken on me were valid and it could reoccur.
3. No reply from others.

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I wrote many other grievance after first was denied, but I am not getting a reply. I contacted both Tarrant county sheriffs and DHS agencies but still no reply.

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

N/A

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

1. Tarrant county jail grievance - Sept. 29th 2023, Feb. 27th 2023, July 3rd 2023 etc.
2. ICE deportation officer D. Engle - April 3rd 2023.
3. ICE SDDO officer - April 3rd 2023.
4. Sergent White - June 25th 2023.
5. Mr. McDowell (OIDO) - April 27th 2023 and Sept. 7th 2023.

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

From what I understand, though I was filing grievances, my claims could not be resolved via that process as it is a policy/norm for this agencies/entities to act in violation of civil rights in these manner.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

Page 8

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) Shomefun, Oluwaseun

Defendant(s) Sheriff Bill Waybourn, and Alejandro Mayokas

2.    Court *(if federal court, name the district; if state court, name the county and State)*
United States District Court, Northern District of Texas, Ft. Worth.

3.    Docket or index number
4:23-cv-785

4.    Name of Judge assigned to your case
United States District Judge Reed O'Connor

5.    Approximate date of filing lawsuit
07/27/2023

6.    Is the case still pending?

☒ Yes

☐ No

If no, give the approximate date of disposition.    N/A

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☒ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    _____    _____

Defendant(s)    _____    _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition    _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

Page 10

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    09 14 2023

Signature of Plaintiff

Printed Name of Plaintiff    Shomefun, Oluwaseun

Prison Identification #    20458113 / 0999093

Prison Address    1209 Sunflower LN.

Alvarado                    TX        76009
_____
City                        State      Zip Code

B.    **For Attorneys**

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

_____
City                        State      Zip Code

Telephone Number

E-mail Address

*Complaint(Cont.)*

**Relief**

6. As a result of the violation of my **Fourth, Fifth, Eight** and **Fourteenth** Amendment, **42 U.S.C. §1981, 42 U.S.C. §1985** and **§1986** through the actions of Theft, Fraud, Discrimination, Abuse of power/authority, psychological/Emotional pain and suffering, Conspiracy and Negligence that are completely avoidable and unnecessary, I am suing above defendants for Nominal, Punitive, Compensatory, declaratory, injunctive and money damages with the hopes that the civil/human rights of a subset of people like myself not further violated.

**Fact**

7. I Shomefun, Oluwaseun do state that based on my recollection the following are true and accurate and I do believe my human and/or civil rights have been violated individually and/or collectively intentionally or by omission by the defendant(s) repeatedly during the period of Sept. 26th 2022 to Oct. 3rd 2022, Feb. 23rd 2023 to March 5th 2023 and June 27th 2023 to Aug. 20th 2023.

8. On Monday Sept. 26th 2022 around 9p at a parking lot on Ira E Woods Ave, Grapevine, TX I was approached by an officer **Debruno, M** while in a parked vehicle and after a few conversation with the officer, he arrested me on suspicion of Driving While Intoxicated(DWI) and took me to Grapevine police station, Texas.

9. The next morning of my arrest on Tuesday Sept. 27th 2022 and while in Grapevine jail I was told I need to return a call from an **Immigration and Customs Enforcement(ICE)** agent, when I did the agent confirmed my identity and informed me he was putting an **ICE** detainer on me for violating my FI student visa due to overstaying in the United State.

10. Later that morning of Tuesday Sept. 27th 2022 I was transported to the **Tarrant County** jail where I was processed and saw a judge at 9:05pm who then gave me a $750.00 bail payable as cash/bond and in the next hour I got a hold of a phone in the holding cell, called my brother and he paid $125.00 in form of credit/debit card with last 4 digit of 3450 over the phone to **AAA bail bond** located at 400 E Weatherford St. #10, Forth Worth, TX 76102 with the expectation that **ICE** had 48hours to pick me up after **AAA bail bond** posted the bail.

11. Myself and my brother kept checking in to find out why the bail has not been processed and when the bail will be posted but was only told by the county staffs and **AAA bail bond** its as a result of an **ICE** detainer that is why I am unable to bail out without giving any solutions on how to

12

make bail. This left us confused and frustrated while I stayed in **Tarrant County** jail not knowing what and how to proceed and thinking if there was no way to pay bail I was going to be spending an indefinite time in jail.

12. After asking every single officer in my unit who was there for a shift change and on the facility tablet with non of them giving me a definite or positive answer to my making bail, on Friday Sept. 30th 2022(4 days in jail), **Ms. Smith** was on duty in my assigned unit and after asking her of my concern of not making bail she said with conviction that "due to the **ICE** detainer on me the bail can only be paid in person and in cash at the **Tarrant County** jail". Based on the information, I informed my brother and on Saturday Oct. 1st 2022, my brother came into the **Tarrant County** office and made a cash payment in the amount of $750.00 and he was informed at that point by the county officers that **ICE** had a detainer on me and if **ICE** do not pick me up in the next 48hrs, only after then can I be released.

13. On Monday Oct. 3rd around 8am I was processed for release but then handed over to two female **Lasalle** employee, **Jane Doe 1** and **Jane Doe 2** without reading me my rights transported me to the **Prairieland Detention Center(PDC)** were I stayed overnight and the next day around noon an **ICE** officer spoke to me and served me with an I862 – Notice to appear and I was in **PDC** detained until morning of Thursday Feb. 23rd 2023.

14. Early Thursday Feb. 23rd 2023 around 7:30am I was woken up by a **Lasalle** employee(**Mr. Rojo**) in **PDC** and was told to pack up, I dashed to the phone quickly and made a call to my immigration attorney thinking I was being deported, there after I was prevented from making further calls to anyone including my family, without informing me where I was going I was handed over to another uniform officer by the name of **John Doe 1** who didn't say one word to me until I arrived at **Tarrant County** jail around 10:30am. Myself and other inmates went through the arrest and processing all day and night while being moved to different holding cells till the next day on Friday Feb. 24th 2023 around 9:30am when I finally saw a judge who read me my rights and gave me a bail in form of cash or bond for $3,000.00. I did protest to the judge the validity of my arrest and the violation of my Miranda rights but he was somewhat unclear to the process of my rearrests and informed me he was not sure on what was going on and I will have to go and address it later, I left the court room and I didn't know who to address it with. **Tarrant County** handed me over to **ICE** voluntarily and they come back and pick me up claiming I violated my bail requirement.

15. Although I was eligible for bond but due to an **ICE** detainer placed on me on my reentry to

**Tarrant County** jail, I thought I should wait for a court date and try to face the charge against me. I waited 8 days until Friday March 3rd 2023 when I had my brother pay the bail of $3000.00 cash as a result of my declining health due to **Tarrant County** jail clinic refusing to give me medication I brought with me from **PDC**, stripped searched, horrible meals, extremely cold temperature, the overall inhuman treatment of inmates, unsanitary environment, confined in the same dorm with people charged with aggravated crimes and most importantly that after 8 days of being in there I wasn't given a court date or scheduled for one in the future.

16. The **ICE** detainer remained after payment of bail, I was not released but read my rights by a **Tarrant County** staff(**Jane Doe 3**) who flashed me a fictitious immigration badge and informed of my 48hrs hold. 2 days after on Sunday March 5th 2023 around 1am, I was woken up and taken for processing, an **ICE** officer by the name **John Doe 2** informed myself and other non-citizen we were now in **ICE** custody, yet again I informed him about my confusion on why I was brought to **Tarrant County** jail in the first place and then a detainer yet again placed on me for my return to **ICE** though my immigration proceeding is incomplete but he said I had to go with him to the **ICE** Dallas office maybe they could figure it out. Myself and other non-citizens were transported to the **ICE** Dallas office and arrived around 7am on the same day Sunday March 5th 2023 was put in a holding cell where I was processed and later transported to **PDC** arriving around 4:30pm. I was locked up in yet another holding cell with other non-citizen until midnight before my processing was completed and I was finally given a place to sleep around 1am the next morning.

17. While back in **PDC**, I started reaching out to all the Immigration officials I could get ahold off, I reached out to my deportation officer, **D. Engle** through the facilities tablet on April 3rd 2023 who told me that is how **ICE** functions and that the events may happen again. I requested to talk to supervisor **SDDO Cross** who came to speak to me on or about April 6th 2023, he seemed more understanding of my situation, and in front of me on his phone went into my profile and type in it, told me he put a comment to stop on such custody transfer and that I shouldn't worry about it going forward. I felt at peace after speaking to the **SDDO** but my feeling only lasted a short time, I became skeptical so I reached out to **Office of Inspector General(OIG)** and the **Department of Homeland Security, Office for Civil Rights & Civil Liberties(DHS CRCL)** both by phone call as well as a detailed letter to there offices on April 3rd 2023 but I am yet to get a reply from either of the **DHS** branches. I did not stop there, I went ahead and file this civil suit on May 15th 2023.

14

*Complaint(Cont.)*

18. I also reached out via the facility tablet a request to speak with someone from the **Office of Immigration Detention Ombudsman(IODO)** and on April 27th 2023 **McDowell(Mr.)** came to the **PDC** facility and I expressed my experience, he was not familiar with such situation and promised to reach back to me in a week when he had chance to speak with **ICE** officers. A week after when he came back, he told me "**ICE** officers said there was no such policy but just the norm they met since they started working as officers". **McDowell** also told me he didn't understand why they did what they did to me. I asked him for a written report and he promised to send me one.

19. The incidence of Feb. 23rd occurred again around 3pm on June 26th 2023 in **PDC.** I was told once again to pack up. These time I had an idea what was going on. When I was being transferred custody to the **Tarrant County** sheriff I protested to both **ICE** officers(**McGettrick** and **John Doe 3**) with **Lasalle** staffs present. **John Doe 3** told me while raising his voice, "do not bail out again, if you do you will be back here and we will expedite your deportation".

20. I was transported to **Tarrant County** jail, the processing went through and the next morning around 7am June 28th 2023 after being in the holding cell all night, the magistrate judge said "you keep paying cash bond to get out of jail, I am raising your bail to $5000.00 and only surety bond", I responded to the judge that the jail will not allow bond because of the **ICE** detainer, the judge then responded saying "I am not aware of such law", but then changed is order permitting both cash and surety bond but kept the amount at $5000.00.

21. After the bail hearing, I informed my family and they called over a dozen bail bonds including 2 bail bonds companies that my court appointed attorney gave us but they all said the same thing, that the **ICE** detainer on my arrest profile prevents the processing of bond. While in **Tarrant County**, I tried to reach out to the staffs responsible for the jail and informed them of the numerous violation of my rights. I spoke to a couple of officers but they could not do anything, kept repeating the same thing "You have a **ICE** detainer", no one will address my inability to bond out. On June 30th 2023 on my way to the jail clinic, I saw 3 higher up ranked officers of the jail, spoke to **Sergeant White** about my situation and she said she will look into it and get back to me, but she never did. On July 3rd 2023 I sent out a grievance and a certified mail to **Sheriff Bill Waybourn** including a single page Color Of Law violation warning with it and I also contacted **DHS CR&CL** about the new update but I never heard anything back from non of them.

22. On the other hand paying cash bail was fruitless because of my prior experience and **John Doe 3**

15

threats of expedited deportation. I was subjected to stay in jail the third time but this time for 54 days from June 27th 2023 to August 20th 2023 when my custody was handed back to **ICE**.

23. After being brought back to **PDC**, I reached back to **OIG, DHS CR&CL, OIDO** but non of them had any response for me yet about my complaint. On Sept. 7th 2023, **McDowell(Mr.)** of **OIDO** came into the facility to speak to me upon my request, I asked for the report he promised on April 27th 2023 to give me but said he couldn't write a report. He further informed me of another detainee who **Tarrant County** held for over 15 days after he was due for release and that when he asked **ICE** about it, they told him "Tarrant County does what Tarrant County wants". He then told me he has no control over the situation going forward and I should contact an attorney.

24. Based on the above statements of events I am alleging that the following occurred and I am asking the court to also consider the following remedies to correct **Forth, Fifth, Eight** and **Fourteenth Amendment** right of the constitution of the United States and the violation of **42 U.S.C. §1981, §1985** and **§1986** for injustice and damages incurred during the previously stated times considering the following violations:

25. **Theft**:- After the arrest of Monday Sept. 26th 2022 and the judge granting me a bond on Tuesday Sept. 27th 2022, the payment of $125.00 was therefore giving to the **AAA bail bond** with the expectation of a service, to in turn make my bond to **Tarrant County**. **AAA bail bond** did not make the bond to **Tarrant County** on my behalf neither did they refund the money to me till date after numerous calls which left me in jail from Sept. 26th 2022 to Oct. 3rd 2022, 7 days when I didn't have to be there. For this reason I am holding **AAA bail bond** responsible for intentionally taking the deposit of $125.00 to bond me out knowing fully well that bond was not accepted when an inmate has an **ICE** detainer with **Tarrant County** jail.

26. I find that the defendants **AAA bail bond, Sheriff Bill Waybourn**(Individual and/or Official capacity) and **Tarrant County** accountable in that order for a deliberate and hash policy of not allowing non-citizens(myself included) due to this policy $125.00 was stolen from me resulting in making me stay longer than expected in jail, the defendants independently and/or collectively are responsible amounting to damages of $X,XXX,XXX.

27. **Fraud**:- On Thursday Feb. 23rd 2023 when I was moved from **PDC** to the moment I was able to get back on March 5th 2023, I am alleging that **Alejandro Mayokas**(Individual and/or Official capacity), **United States, Sheriff Bill Waybourn**(Individual and/or Official capacity), **Tarrant**

16

**County**, and **Lasalle** corrections defrauded me in the amount of $750.00 and $3,000.00 by allowing me to be prematurely re-arrested while I was in their custody without an arrest warrant presented to me at anytime. This was due to my **ICE** detention as a result of **Tarrant County** handing me over to **ICE** originally on Oct. 3rd 2022 and later in March 5th 2023. After my transfer to **ICE** on Monday Oct. 3rd 2022 a background check was done by **ICE** agent and I never had any law enforcement warrant or investigations pending but the warrant that arise out of the Tarrant County judge should not have been honored prematurely or at-all knowing fully well I was in detention due to a civil issue with **ICE** when the warrant was issued on the charge I originally had with **Tarrant County** who transferred my custody to **ICE**. If I was not in **ICE** detention, I would have honored my court date(s)s and the consequences of an arrest, processing and detainment in the county jail between Feb. 23rd 2023 to March 5th 2023 for 10 days and June 27th 2023 to Aug. 20th 2023 will not have occurred, I will not have forfeited my $750.00 original bond and there after ordered to pay $3,000.00 new cash bond, arrested on record for violating court appearances, processed, deprived of my prescription medication and prevented from sleeping over 24hrs on several occasions due to the process on the nights of Thursday Feb. 23rd 2023, Sunday March 5th 2023, Tues. June 26th 2023 and Sunday Aug. 20th 2023. For the arrest and detainment on Feb. 23rd 2023 and June 27th 2023, I am alleging that my **Eight and Fourteenth** Amendment rights of Cruel and Unusual punishment which states "Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted." and realizing the only thing that changed in my new bond was monetary, my forfeiting $750.00 and paying $3000.00, a payment seeming more than a ransom than enforcement of the law and I am holding the defendants in that order above responsible for an amount of $X,XXX,XXX.XX.

28. **Discrimination**:- As a result of only permitting cash bail for release from jail, I believe that **Sheriff Bill Waybourn**(Individual and/or Official capacity) and **Tarrant County** are intentionally discriminating against non-citizen and I further allege that the act is intentional and bias against black and brown people of decent who are seeking migration in different capacity. By making non-citizens who have a pending civil proceeding pay cash bail rather than an option of bails bond, it gives room for detainees in the **Tarrant County** who are non-citizens to stay longer in jail due to the inability of not able to pay cash bail. In other instances non-citizens end up just pleading out of there criminal cases on the first plea deal that comes to them even when they are not guilty(in some instances) and avoid the long court process while staying in jail because they were unable to pay cash bail rather than stay in jail.

17

*Complaint(Cont.)*

29. According to Edwards V. Johnson.209 F3d 772.778(5th Cir.2000) "As an alien detainee awaiting removal, a defendant constitutional rights should be equivalent to those of a pretrial detainee. A pretrial detainee's constitutional claims are evaluated under the due process clause of the **Fourteenth** amendment's protection against cruel and unusual punishment." As a result of these deliberate policy I hold **Sheriff Bill Waybourn**(Individual and/or Official capacity) and **Tarrant County** responsible for discrimination based on race and ethnicity in violation of Civil Rights Act of **42.U.S.C. §1981** for the amount of $X,XXX,XXX.XX.

30. **Abuse of power/authority**:- If the Magistrate judge in **Tarrant County** recognize the need to give me bail on Sept. 27th 2022, Feb. 24th 2023 and June 28th 2023 according to rule of law and equal rights, if **Tarrant County** after accepting the cash bail on two occasion then knowingly honored **ICE** request for detainer, the expectation is for me to handle what ever issues I have with **ICE**. I am not deportable out of the United States yet, I am still in the 'removal proceeding', **ICE** collusion with **Sheriff Bill Waybourn**(Individual and/or Official capacity) and **Tarrant County** to transfer me back is both premature, unnecessary deliberate not to achieve the rule of law but to inflict more pain and suffering on me. I consider this to be deliberate because after informing my deportation officer the harshness of the action of Feb. 23rd 2023 with the hopes it will not repeat itself again, he responded saying "Regarding the matter of your pending criminal case, **ICE** does not have any control over that. If **Tarrant County** issues another warrant for your arrest, then **ICE** may consider turning you over to their custody on that warrant." On June 27th 2023 it happened again.

31. This actions negatively impacted me and I am holding **Sheriff Bill Waybourn**(Individual and/or Official capacity), **Tarrant County, Alejandro Mayokas**(Individual and/or Official capacity), **United States, AAA bail bond,** and **Lasalle corrections** responsible. The cash bail system set up just for non-citizens violates **Fifth Amendment** and the Due Process and Equal Protection clauses of the **Fourteenth Amendment** leading to the abuse of power/authority, I am holding the defendants in that order for the amount of $X,XXX.XXX.XX and with the hopes that the policy in place to make a subset of people facing already difficult life changing challenges of deportation even harder be reviewed.

32. **Abuse of Process**:- After the first arrest of Sept. 26th 2023 I did not stand a chance anymore, the Sheriff's office and **ICE** used their power to abuse the criminal process. Based on my subsequent arrest I realized there is an automatic immigration detainer on every non-citizen brought to the

18

county jail, the detainer is initiated by the sheriff's department regardless of the offense or if the relevant immigration authority intends to take custody of the non-citizen. There is also a no bond that accompanies the detainer which further prevents the non-citizen from being able to gain freedom except by paying cash bail while facing the charge(s) but the non-citizen will still have to end up being picked up by **ICE**. If the sheriff department can enact its own rule on immigration when its not allowed to by law and also disregard the Magistrate order of terms of bond indicating it can be paid by either cash or bond then the due process of non-immigrates like myself is violated as soon as we step into that county jail.

33. For the abuse of process of violating the **Forth, Fifth, Eight** and **Fourteenth Amendment**, I am holding **Sheriff Bill Waybourn**(Individual and/or Official capacity), **Tarrant County**, **Alejandro Mayokas**(Individual and/or Official capacity), **United States** in that order responsible and for the monetary amount of $X,XXX,XXX,XX and that the court orders a review of the practice of bail and use of immigration detainers by the **Tarrant County** sheriffs.

34. **Psychological/Emotional pain** and **Suffering**:- The arrest on Feb. 23rd 2023 and June 27th 2023 with the events there after is the reason I am filing this lawsuit and seeking relief because I strongly believe it should not have happened. On a similar circumstance when a bench warrant is issued in a criminal case, all a defendant need to do is walk to the court house, show the judge a valid reason(in my case, an **ICE** detention) for not showing up to court hearing and in majority of such cases the defendant is excused and a new court date is set. In my case I didn't have such opportunity as I was subjected to sleepless nights on the arrest of Feb. 23rd 2023, June 27th 2023 and when I was returned to **PDC** on March 5th 2023 and August 20th 2023. In addition to that I was deprived of medication that different doctors have prescribed, the uncertainty has to what will be happening to me. When I was told to pack up on Feb. 23rd 2023 and June 27th 2023 I thought my worse fear of being deported was about to happen, and my first call before anything else was to my immigration attorney. Staying in jail when I shouldn't have been at the time not having a court date and the fact that my court date finally came while in PDC and scheduled for Monday April 3rd 2023, if I didn't bail out when I did, I would have been in jail for 39 days just for my first hearing in court when I should have had a chance like every other defendant in a criminal case to defend his/her allegation(misdemeanor) out of detention.

35. Apart from the first arrest that seem more valid and the fact that the alleged offense was bailable in the amount of $750 which I was able to pay and in fact I did pay the very day, I would not have

been further detained more than a day in the **Tarrant County** jail. The conditions in that jail is absolutely inhuman to say the least and the fact that I didn't have to go through cavity search, stripped down, in extreme temperature, the horrible meal, sleeping in dorms with other alleged aggravated crime inmates, poor medical and so on led to my being demoralized. For the reasons mentioned I am holding all the defendants liable for the Psychological/Emotional pain and Suffering I had to endure for a monetary value of $X,XXX,XXX.XX.

36. **Conspiracy** :- Depriving persons of rights or privileges :- **42 U.S.C. §1985(3)** "If two or more persons in any state or territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; . . .". As a result of the deprivation of any of the right listed above, the 6 defendants are liable directly or indirectly in conspiracy under **42 U.S.C. §1985(3)**. The defendants, through their actions allowed the 2nd and 3rd arrest to take place and further deprive me from being able to bond out of jail on all times when I was in the county as a result of my race and nationality.

37. Through the actions of every defendants listed in these complaint and knowing that as a result of there position, they could have intercede but they choose not to which as led to them conspiring against me and I am holding them responsible under **42 U.S.C. §1985(3)** for conspiracy for the amount of $X,XXX,XXX.XX.

38. **Negligence** :- Actions for neglect to prevent :- **42 U.S.C. §1986** "Every person who, having knowledge that any wrongs conspired to be done, and mentioned in section 1985 of this title, are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses so t o do, if such wrongful act be committed, shall be liable to the party injured, or his legal representatives, for all damages caused by such wrongful act, which such person by reasonable diligence could have prevented; . . . ". The court should hold all 6 defendants with willful neglect. They were all aware that violations was occurring but did nothing to prevent it, rather they aided in the violations and all profited from it financially or otherwise individually.

39. After informing each and all of the defendants about the deprivation of any rights and that each defendants as a result of there position of knowingly fully well the result of not acting especially when they could have, before, doing and after the violations, I am holding them responsible pursuit to **42 U.S.C. §1986** for the monetary amount of $X,XXX,XXX.XX.

## Conclusion

40. This lawsuit is filed at the appropriate time and its a preemptive approach I had to make to stop the injustice that happened Sept. 26th and Feb. 23rd from happening again but it did on June 27th 2023, I was yet again arrested while still in the custody of **ICE**. After the bond payment and transfer back to **PDC** on Sunday March 5th 2023, I had yet another court date for the DWI charge with **Tarrant County** on April 3rd 2023 but we(court appointed attorney, my brother called the court and myself sending direct letter to the judge) were able to plead with the judge to move the date forward, lucky enough he did to Friday May 5th 2023 then to May 31st 2023 when he finally decided to issue a warrant due to pressure from **Tarrant County** prosecutors.

41. My intention is not to minimize the DWI charge against me but the honest fact is that it is a traffic offense which I still intend to defend in court and I feel terrible that I put myself and family in such circumstance, but does a traffic offense warrant the unjust treatment and additional humiliation that the defendants meant on me and still decide that they can put me through in future.

42. As a result of all this and more, I hold **Sheriff Bill Waybourn**(Individual and/or official capacity), **Tarrant County, AAA bail bond, Alejandro Mayokas**(Individual and/or official capacity), **United States**, and **Lasalle corrections** in that order responsible for my civil rights violation, my **Fourth, Fifth, Eight and Fourteenth constitutional Amendment** violation, civil rights violation code **42 U.S.C. §1985(3)** and **§1986**, public record arrest abuse, mental anguish, psychological, emotional pain and suffering I had to endure and still enduring as a result of the unnecessary actions the defendants independently or collectively did inflict on me.

43. The defendants (i) **Sheriff Bill Waybourn**(Individual and/or official capacity), (ii) **Tarrant County**, (iii) **Alejandro Mayokas**(Individual and/or official capacity), (iv) **United States** used the disguise of a civil detainer to facilitate a criminal proceeding which led to my rights knowingly/unknowingly on 3 occasions violating the constitution amongst other things. (v) **AAA bail bonds** intentionally for financial motive took the down payment for bond and never processed it, nor returned the bond amount for service not rendered. (vi) **Lasalle** corrections is a for profit organization who profited in my transportation to **PDC** on 3 occasions.

## Prayer

44. I pray that the court render a just and adequate judgment in the form of Nominal, Punitive,

*Complaint(Cont.)*

Compensatory, declaratory and injunctive relief as follows:

i. The 7 days between Sept. 26th 2022 to Oct. 3rd 2022, I was wrongfully detained amounting to **$700,000.00,** the 10 days from Feb. 23rd 2023 to March 5th 2023 when I was rearrested also amounting to **$1,000,000.00**, the third and last wrongful arrest for 54 days from June 27th 2023 to August 20th 2023 amounting to **$5,400,000.00**. There was also a **$125.00** deposit paid to **AAA bail bond**, **$750.00** and **$3000.00** cash bond paid to **Tarrant County**. I am suing for money damages of **$100,000.00/day** for the said charges listed in my complaint for Theft, fraud, discrimination, psychological and emotional pain, conspiracy and Negligence I endured when I was wrongly detained amounting to **$7,103,875.00** on all 6 defendants.

ii. The 2 additional arrest on my profile needs to be removed, it indicates I have been arrested for violating the court order while on bail leading to my arrest not once but twice which is incorrect and it is public information that can be used again me in future.

iii. The court should also issue any other appropriate order it so see fit in this matter.

## **Jury Demand**

45. Pursuit to federal Rule of Civil Procedure 38(b), Plaintiff Shomefun, Oluwaseun hereby demands a trial by jury as to all issues so triable.

Respectfully Submitted,

09|14|2023

Shomefun, Oluwaseun
(A204586113)

Defendant No. 5

>Name   AAA Bail bond
>
>Job or Title
>
>Shield Number
>
>Employer
>
>Address   400 E. Weatherford St. #106 Forth Worth, TX. 76102

Defendant No. 6

>Name   Lasalle Corrections
>
>Job or Title
>
>Shield Number
>
>Employer
>
>Address   192 Bastille Lane, Suite 200, Ruston, Louisiana. 71270

Defendant No. 7

>Name
>
>Job or Title
>
>Shield Number
>
>Employer
>
>Address

Defendant No. 8

>Name
>
>Job or Title
>
>Shield Number
>
>Employer
>
>Address

23

### Timeline Of Facts To The Best Of My Recollection

1. Sept. 26th 2022:- Arrested at Grapevine, Texas in Tarrant county.

2. Sept. 27th 2022:- Immigration detainer issued by DHS. Magistrate judge issued $750 bail. Gave AAA bail bond money to help bond me out.

3. Oct. 1st 2022:- 5 days in jail, bond not accepted, paid $750 cash at the sheriffs office.

4. Oct. 3rd 2022:- Lasalle corrections(working for ICE) transported me to Prairieland Detention Center(PDC) in Alvarado, Texas.

5. Jan. 23rd 2023:- Immigration judge order my deportation.

6. Feb. 23th 2023:- Lasalle corrections handed me over to Tarrant county sheriffs, arrested me and took me to Tarrant county jail for a bench warrant.

7. Feb. 24th 2023:- Magistrate judge issued new bail of $3000.

8. Feb. 28th 2023:- Filed appeal of Immigration judges Jan. 23rd 2023 deportation decision with the BIA.

9. March 3rd 2023:- 8 days in jail, no court appearance or future court date setup. No bond accepted, paid $3000 cash bail at the sheriffs office.

10. March 5th 2023:- Immigration officer came to identify me. Lasalle corrections transported me back to Prairieland Detention Center(PDC) in Alvarado Texas.

11. April 3rd 2023:- Reached out to Deportation Officer D. Engle, SDDO Cross, OIG, OIDO and DHS CR&CL.

12. May 31st 2023:- BIA affirmed immigration judges decision.

13. June 22nd 2023:- Sent a Motion to Reopen due to ineffective Assistance of Counsel to the Immigration Judge.

14. June 27th 2023:- ICE through Lasalle corrections handed me over to Tarrant county sheriffs, arrested and transported to jail due to bench warrant.

15. June 28th 2023:- Magistrate judge issued $5000 bail.

16. July 27th 2023 :- Applied for a writ of Habeas Corpus -2241 to United States district court, Northern district of Texas, Fort Worth division. Writ still pending.

17. Aug. 3rd 2023:- Immigration Judge denied my motion to reopen, as time barred.

18. Aug. 20th 2023:- Immigration officer came to identify me. Lasalle corrections transported me back to Prairieland Detention Center(PDC) in Alvarado Texas.

19. Aug. 25th 2023:- Sent a Motion to Reopen due to ineffective Assistance of Counsel to the Board of Immigration Appeals(BIA). Motion still pending.

20. Still in immigration custody at Prairieland Detention Center(PDC).