# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

Fort Worth Division

)
)                Case No.    4:23-cv-474
)
Shomefun, Oluwaseun )              (to be filled in by the Clerk's Office)
)
*Plaintiff(s)* )
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
-v- )
Mayorkas Alejandro, Secretary, Department of Homeland )
Security; )
United States, U.S. Attorney General; )
Lasalle Corrections, Warden. )
)
*Defendant(s)* )
(Write the full name of each defendant who is being sued.  If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names.)

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 16 2023
CLERK, U.S. DISTRICT COURT
By_____
Deputy

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                    Shomefun, Oluwaseun
Street Address          1209 Sunflower LN.
City and County         Alvarado, Johnson County,
State and Zip Code      Texas. 76009
Telephone Number        _____
E-mail Address          _____

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

Name — Mayokas, Alejandro

Job or Title (if known) — Secretary, Department of Homeland Security (DHS)

Street Address — 801 Cherry Street, Suite 1900

City and County — Fort Worth, Tarrant County,

State and Zip Code — Texas. 76102-6897

Telephone Number

E-mail Address (if known)

Defendant No. 2

Name — United States

Job or Title (if known) — U.S. Attorney General

Street Address — 950 Pennsylvania Avenue,

City and County — NW, Washington,

State and Zip Code — DC. 20530-001

Telephone Number

E-mail Address (if known)

Defendant No. 3

Name — Lasalle Corrections

Job or Title (if known) — Warden

Street Address — 1209 Sunflower LN.

City and County — Alvarado, Tarrant County,

State and Zip Code — Texas. 76009

Telephone Number

E-mail Address (if known)

Defendant No. 4

Name

Job or Title (if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address (if known)

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Fourth, Fifth, Eight and Fourteenth Amendment, 42 U.S.C. §1981, 42 U.S.C. §1985 and 1986

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual

   The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

   b.   If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Tarrant County jail - 100 E. Weatherford St., Fort Worth, TX. 76102
Prairieland Detention Center (PDC) - 1209 Sunflower LN, Alvarado, TX. 76009

B. What date and approximate time did the events giving rise to your claim(s) occur?

Sept. 26th 2022 to Oct. 3rd 2022, Feb. 23rd 2023 to March 5th 2023, June 27th 2023 to Aug. 20th 2023 and Sept. 29th 2023 around 10pm.

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Please refer to a detailed "Amended Complaint" and "Memorandom in Support of Motion for Temporary Restraining Order, Preliminary Injunction, and Writ of Habeas Corpus" that are attached.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured. I have been detained over 12 months for a civil crime of violating a non-immigrant visa but no likelyhood of removal in the reasonably foreseeable future. The repeated violation of U.S. constitution and my civil rights has put a toll on my psychological, physical and mental health while still suffering from the effects of COVID-19 which I contacted while held in the facility and the tip of it all is facility staff recent assualt and threat to my life. Its unsustainable that I remain in these facility a day more. As I await my immigration case reopend, without immediate intervention by this court, it will be the start of yet many more months in detention.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Immediate Release From Custody.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   10/10/2023

Signature of Plaintiff

Printed Name of Plaintiff   Shomefun, Oluwaseun

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

# **Table of Content**

Page

(1)    Color of Law(COL) Violation Form . . . . . . . . . . .1-1

(2)    Civil Cover Sheet . . . . . . . . . . . . . . . . . . . . .2-2

(3)    Original Complaint . . . . . . . . . . . . . . . . . . . . 3-21

(4)    Amended Complaint . . . . . . . . . . . . . . . . . . . 22-45

(5)    Brief/Memoradum in Support . . . . . . . . . . . . . . 46-54

(6)    Injunction Form . . . . . . . . . . . . . . . . . . . . . 55-61

(7)    §2241-Writ of Habeas Corpus Form . . . . . . . . . . 62-69

(8)    ICE/DHS Custody determination . . . . . . . . . . . . .70-70

(9)    Immigration Judges Bond Decision . . . . . . . . . . .71-72

(10)    DHS Letter to BIA Remand . . . . . . . . . . . . . . . 73-75

(11)    Letter from DHS CR&CL . . . . . . . . . . . . . . . . 76-77

PRIOR
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL



UNIT... STATES ...PRIORITY...
POSTA...SE

- Expected delivery date specifie
- Domestic shipments include ...1
- USPS Tracking® service include
- Limited international insurance.
- When used internationally, a cu

*Insurance does not cover certain items. I
Domestic Mail Manual at *http://pe.usp* ...
** See International Mail Manual at *ht!* ...

# FLAT RATE EI
ONE RATE ■ ANY WEIGHT

# TRACKED ■ IN



EP14F July 2022
OD: 12 1/2 x 9 1/2

PS00001000014

9405 5112 0620 3651 9957 88

USPS TRACKING #

## USPS PRIORITY MAIL ®

**P**

US POSTAGE & FEES PAID
PRIORITY MAIL
ZONE 1 FLAT RATE ENVELOPE
ComBasPrice

052SO001443336
6953225B
FROM 76009
10/11/2023

SHIP
TO:

PDC 2045 86 113
1209 Sunflower Ln
Alvarado TX 76009-2810

United States District Court
501 W 10th St Ste 310
Fort Worth TX 76102-3641

OCT 16 2023

This package is made from post-consumer waste. Please recycle – again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.